Edward Hines Lumber Company et al., appellants, v. American Magnesia Products Company et al., appellees. Gen. No. 33,888.

628

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

E. S. and J. W. Cummings, for appellant R. F. Conway Co.; Frank E. Dingle, for appellants W. H. Warford and Subway Engineering Co.; Moses, Kennedy, Stein & Bachrach, for appellant C. H. Wilcox; E. S. Cummings, Frank E. Dingle and Walter Moses, of counsel. Church, Haft, Robertson & Crowe, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.